CENTER FOR DISABILITY ACCESS
Amanda Seabock, Bar No. 289900
Prathima Price, Bar No. 321378
Dennis Price, Bar No. 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
Tel:   +1.858.375.7385
Fax:   +1.888.422.5191
amandas@potterhandy.com

Attorneys for Plaintiff
BRIAN WHITAKER

MORGAN, LEWIS & BOCKIUS LLP
Kathy H. Gao, Bar No. 259019
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel:   +1.213.612.2500
Fax:   +1.213.612.2501
kgao@morganlewis.com

Attorneys for Defendant
WILLIAMS-SONOMA STORES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>              Plaintiff,<br><br>       vs.<br><br>WILLIAMS-SONOMA STORES, INC., a California corporation,<br><br>              Defendant. | Case No. 2:21-cv-00446-JAM-KJN<br><br>**JOINT STIPULATION TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT; ORDER** |

WHEREAS, Plaintiff Brian Whitaker ("Plaintiff") filed his Complaint on March 12, 2021;

WHEREAS, Plaintiff filed a Proof of Service that service was effectuated on Defendant Williams-Sonoma Stores, Inc. ("Defendant") on March 16, 2021;

WHEREAS, due to an inadvertent clerical error, Defendant was not aware that service had been effectuated; and

WHEREAS, the parties' respective counsel have met and conferred and agreed that Defendant's deadline to respond to Plaintiff's Complaint shall be extended to September 3, 2021.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and through the parties' respective counsel as follows:  Defendant's deadline to respond to Plaintiff's Complaint shall be extended to September 3, 2021.

Dated:  August 4, 2021   CENTER FOR DISABILITY ACCESS

By   /s/ Amanda Seabock
AMANDA SEABOCK
Attorney for Plaintiff
BRIAN WHITAKER

Dated:  August 4, 2021   MORGAN, LEWIS & BOCKIUS LLP

By   /s/ Kathy H. Gao
KATHY H. GAO
Attorney for Defendant
WILLIAMS-SONOMA STORES, INC.

## ORDER

After considering the Parties' stipulation and good cause appearing, IT IS HEREBY ORDERED that:  Defendant's deadline to respond to Plaintiff's Complaint shall be extended to September 3, 2021.

**IT IS SO ORDERED.**

Dated:  August 4, 2021   /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE