CENTER FOR DISABILITY ACCESS
Amanda Seabock, Bar No. 289900
Prathima Price, Bar No. 321378
Dennis Price, Bar No. 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
Tel:   +1.858.375.7385
Fax:   +1.888.422.5191
amandas@potterhandy.com

Attorneys for Plaintiff
BRIAN WHITAKER

MORGAN, LEWIS & BOCKIUS LLP
Kathy H. Gao, Bar No. 259019
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel:   +1.213.612.2500
Fax:   +1.213.612.2501
kgao@morganlewis.com

Attorneys for Defendant
WILLIAMS-SONOMA STORES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>              Plaintiff,<br><br>       vs.<br><br>WILLIAMS-SONOMA STORES, INC., a California corporation,<br><br>              Defendant. | Case No. 2:21-cv-00446-JAM-KJN<br><br>**JOINT STIPULATION TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO RESPOND TO PLAINTIFF'S COMPLAINT; ORDER** |

WHEREAS, based on the parties' prior stipulation, Defendant Williams-Sonoma Stores, Inc.'s ("Defendant") responsive pleading deadline currently is September 3, 2021;

WHEREAS, the parties are in the process of discussing potential informal resolution of this matter including exchanging informal discovery, and would like additional time to continue these discussions; and

WHEREAS, the parties' respective counsel have met and conferred and stipulated to a 30-day extension of time for Defendant to respond to Plaintiff Brian Whitaker's ("Plaintiff") Complaint.  Successfully resolving this matter at the pleading stage promotes judicial economy by allowing the Court to focus its scarce resources on other matters.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and through the parties' respective counsel as follows:

Defendant's deadline to file a responsive pleading to Plaintiff's Complaint shall be extended by 30 days (continued to the first non-holiday weekday), to October 4, 2021.

Dated:  September 3, 2021					CENTER FOR DISABILITY ACCESS

							By     /s/ Amanda Seabock
							       AMANDA SEABOCK
							       Attorney for Plaintiff
							       BRIAN WHITAKER

Dated:  September 3, 2021					MORGAN, LEWIS & BOCKIUS LLP

							By     /s/ Kathy H. Gao
							       KATHY H. GAO
							       Attorney for Defendant
							       WILLIAMS-SONOMA STORES, INC.

### ORDER

After considering the Parties' stipulation and good cause appearing, IT IS HEREBY ORDERED that:  Defendant's deadline to respond to Plaintiff's Complaint shall be extended to October 4, 2021.

**IT IS SO ORDERED.**

Dated:  September 7, 2021					/s/ John A. Mendez
							THE HONORABLE JOHN A. MENDEZ
							UNITED STATES DISTRICT COURT JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1
JOINT STIPULATION TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT
Case No. 2:21-CV-00446-JAM-KJN