UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER<br><br>Plaintiff,<br><br>v.<br><br>WILLIAMS-SONOMA STORES, INC., a California Corporation<br><br>Defendants. | **Case No**. 2:21-cv-00446-JAM-KJN<br><br>ORDER TO EXTEND DATE FOR FILING DISPOSITIONAL DOCUMENTS BY 30 DAYS |

Having read the stipulation of the parties, and for good cause shown, the Court hereby GRANTS the request. The deadline to file a Dispositional documents shall be extended up to and including to December 29, 2021.

**IT IS SO ORDERED.**

DATED:  December 2, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE